UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America

        -against-

Phillip James Cummings,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 22 NOV 2010
```

<u>ORDER</u>
03 Cr. 109 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's Motion to Waive Restitution or to Covert Restitution to a Civil Judgement and Defendant's Motion to Take Judicial Notice and for Status Report of Pending Motion are denied.

Dated: November 19, 2010
       New York, New York

                                    SO ORDERED:

                                    *[signature]*
                                  GEORGE B. DANIELS
                                  United States District Judge